IN UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ED TUCKER DISTRIBUTOR, INC., d/b/a TUCKER-ROCKY DISTRIBUTING and EASTON ALUMINUM, INC.<br><br>Plaintiffs,<br><br>v.<br><br>RENTHAL LTD. and ANZA SPORT GROUP, INC., d/b/a RENTHAL AMERICA<br><br>Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 3-00CV-1682P |

### JOINT REPORT REGARDING SETTLEMENT NEGOTIATIONS

Pursuant to the Scheduling Order dated November 28, 2001, Plaintiffs Ed Tucker Distributing, Inc. d/b/a Tucker-Rocky Distributing and Easton Aluminum (collectively *"Plaintiffs"*) and Defendants Renthal Ltd. and Anza Sport Group, Inc. d/b/a Renthal America (collectively *"Defendants"*), file this Joint Report Regarding Settlement Negotiations as follows:

The parties reached a settlement on September 18, 2002. Plaintiffs have executed the settlement papers and, on October 29, forwarded them to defendants for execution. The parties expect that execution of the settlement papers can be concluded by November 15. The parties do not anticipate that any further schedule for case proceedings will be needed.

Respectfully submitted,

By: _____
SANFORD E. WARREN, JR.
State Bar No. 20888690
KAY LYN SCHWARTZ
TX State Bar No. 17865700
LISA SHEREEN ZAMALUDIN
TX State Bar No. 00788741
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-999-3000
Telecopier: 214-999-4667

ATTORNEYS FOR PLAINTIFFS
ED TUCKER DISTRIBUTOR D/B/A
TUCKER-ROCKY DISTRIBUTING
AND EASTON ALUMINUM, INC.

By: _____   w/perm JAO
JAMES A. OLIFF
THOMAS J. PARDINI
WILLIAM J. UTERMOHLEN
OLIFF & BERRIDGE, PLC
277 South Washington Street,
Suite 500
Alexandria, VA 22314
Telephone: 703-836-6400
Telecopier: 703-836-2787

FREDERICK LINTON MEDLIN
State Bar No. 13895930
KIRKPATRICK & LOCKHART LLP
3100 Bank One Center
1717 Main Street
Dallas, Texas 75201-4681
Telephone: 214-939-4900
Telecopier: 214-939-4949

ATTORNEYS FOR DEFENDANTS